ERIC GRANT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

**Jan 26, 2026**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE ACCOUNT ASSIGNED USERNAME GBEACHAMJR@ICLOUD.COM THAT IS STORED AT PREMISES CONTROLLED BY APPLE | CASE NO.  2:25-SW-00861-SCR<br><br>REQUEST TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |

The search warrant in the above-captioned matter has been executed, and a grand jury returned an indictment in the related case in late 2025. The defendant was arrested and ordered detained pending trial. As a result, there is no need for the search warrant or search warrant affidavit to remain under seal. Accordingly, the United States asks that the Court order that the search warrant, search warrant affidavit, and related case filings be unsealed.

Dated:  January 24, 2026

ERIC GRANT
United States Attorney

By:  */s/ Sam Stefanki*
SAM STEFANKI
Assistant United States Attorney